UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CV-23381-UNGARO/OTAZO-REYES

CONNIE MCHALE,

    Plaintiff(s),

vs

WATER'S EDGE ASSOCIATION, INC. et al,

    Defendant(s).
_____/

## MEDIATION REPORT

The undersigned, Martin A Soll, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: March 19, 2015. The results of the mediation conference are as follows:

**X**    All required parties were present or

___    The following required parties were not present: _____

___    An agreement was reached. **Settlement Agreement Attached.**

**X**    A **confidential** settlement agreement was reached.

___    No agreement was reached.

___    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___    The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___    Other: _____

Respectfully Submitted:

*/s/ Martin A Soll 3-19-15*

Martin A Soll, Esq.
Florida Bar No.: 150320
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel